# ARNOLD & PORTER LLP

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

March 2, 2015

**VIA ECF**
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2140
New York, New York  10007

    Re:    *RCRV, Inc. d/b/a Rock Revival v. Blue Cast Denim Co., Inc., et al.*
            Civil Action No. 1:14-cv-04211 (RJS)

Dear Judge Sullivan:

       We represent plaintiff and counterdefendant RCRV, Inc. d/b/a Rock Revival ("RCRV") in the above-referenced action.  On behalf of RCRV, defendant Blue Cast Denim Co., Inc. ("Blue Cast") and defendant and counterclaimant Maurices Incorporated ("Maurices") (collectively, the "Parties"), we write in response to Your Honor's February 25, 2015 Order (Dkt. No. 37) and to advise the Court that the Parties have reached a resolution of this action. Specifically, the Parties have agreed to the terms of a long-form settlement agreement, and are in the process of obtaining the necessary signatures to finalize the agreement.  Pursuant to the terms of the Parties' agreement, a stipulation of dismissal will be submitted to the Court following the satisfaction of a certain condition precedent, which the Parties anticipate will be completed within the next two weeks.

       Accordingly, the Parties respectfully request that the Court enter an order of discontinuance, permitting either side to apply by letter for restoration of the action to Your Honor's calendar in the unlikely event the case is not finally resolved within twenty-one (21) days of such Order.

       Counsel for Blue Cast and Maurices have reviewed this letter, and join in it.  We thank the Court for its consideration.

                           Respectfully,

                           ARNOLD & PORTER LLP

                           By _/s/ Louis S. Ederer_
                               Louis S. Ederer

cc:    Kenneth A. Schulman, Esq.
        Christina Moser, Esq.