UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RCRV INC.,

                Plaintiff,

-v-

BLUE CAST DENIM CO. INC., *et al.*,

                Defendants.

No. 14-cv-4211 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-15

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties informing the Court that they have reached a settlement. (Doc. No. 38.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within 21 days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely.

SO ORDERED.

Dated:    March 2, 2015
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE